USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2022

**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

December 27, 2022

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**                                                **MEMORANDUM ENDORSED**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Ballantyne Smash, LLC v. Tillster, Inc.*
    Case No. 1:22-cv-09007-GHW-JW

**Defendant Tillster, Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Woods:

We represent Defendant Tillster, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until January 26, 2023. The current date by which a response to the Complaint is due is December 28, 2022. The purpose of the extension is for new counsel for the defendant, to gather additional facts involving the allegations in the Complaint and to discuss with opposing counsel the possibility of early resolution. Defendant's counsel has conferred with counsel for the plaintiff, who consents to this request. Defendant has made no previous request for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

cc: All Counsel of Record (via ECF)

---

Application denied without prejudice. Judge Woods has referred this case, for general pretrial purposes and dispositive motions, to Judge Willis. See Dkt. No. 6. All matters within the scope of the referral order, including this one, should be addressed to Judge Willis.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.
Dated: December 27, 2022

_____
GREGORY H. WOODS
United States District Judge

Perkins Coie LLP